UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCORE MEDIA AND GAMING INC.,

Plaintiff,

-against-

SCOREVISION, LLC.,

Defendant.

26-CV-5054 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 19, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 6, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge